IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2005-WL1,<br><br>　　Plaintiff,<br><br>v.<br><br>BILLY RAY FRIEND and DINA FRIEND,<br><br>　　Defendants. | No. 3:20-cv-00005-S-BT |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated August 10, 2020 [ECF No. 15]. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Defendants' Rule 12(b)(1) Motion to Dismiss [ECF No. 7] is **DENIED**.

**SO ORDERED.**

SIGNED September 3, 2020.

_____
UNITED STATES DISTRICT JUDGE